McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAMELA BUTTS, | CASE NO. 2:19-CV-01741-JAM-AC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SUBSTITUTE UNITED STATES OF AMERICA FOR DEFENDANT 60TH MEDICAL GROUP DAVID GRANT MEDICAL CENTER** |
| v. | |
| 60TH MEDICAL GROUP DAVID GRANT MEDICAL CENTER; DR. DAVE WEBB, DDS, DBA NORTHERN CALIFORNIA FACIAL AND ORAL SURGERY, | |
| Defendants. | |

Plaintiff Pamela Butts filed this case under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680. Because the United States is the only appropriate defendant in an FTCA case, Plaintiff Butts and the United States hereby stipulate to substitute the United States as a defendant in place of 60th Medical Group David Grant Medical Center.

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT**

1

Respectfully Submitted,

LAW OFFICE OF KIM A. HARRISON

Dated: January 21, 2020

By: */s/ Kim A. Harrison (authorized 1/21/20)*
KIM A. HARRISON
Attorney for Pamela Butts

McGREGOR W. SCOTT
United States Attorney

Dated: January 21, 2020

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for the United States

**IT IS SO ORDERED.**

DATED: 1/21/2020

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT**